NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRINCETON BIOMEDITECH,<br><br>　　　　　Petitioner,<br><br>v.<br><br>NEXUS DX, INC.,<br><br>　　　　　Respondent. | Civ. No. 15-3845<br><br>MEMORANDUM ORDER |

THOMPSON, U.S.D.J.

      The parties to this confirmation proceeding, Princeton Biomeditech Corporation ("PBM") and Nexus DX, Inc. ("Nexus"), stipulate and agree to the following facts:

      1. PBM filed its Petition to Confirm Arbitration Award on June 9, 2015.  The arbitration award(s) include awards of money damages and items of equitable relief to be performed over time;

      2.  The parties are attempting to comply voluntarily with the arbitration award without the need for PBM to obtain a judgment on the awards;

      3.  The Federal Arbitration Act requires that PBM's Petition to Confirm Award be filed and served within a year after the award(s) are issued;

      4.  Nexus agrees to accept service of the Petition to Confirm Arbitration Award effective the date of this order; and

      5.  PBM agrees to extend Nexus' time to respond to the Petition to Confirm Arbitration Award.

1

ACCORDINGLY, IT IS, on this 27th day of August, 2015,

HEREBY ORDERED that this proceeding shall be removed from the Court's active docket without prejudice to the rights of the parties to have the case restored to the Court's active docket at any time, for good cause shown, for the entry of any stipulation or order, or any other purpose required to obtain a final determination of the proceeding.

                                                          */s/ Anne E. Thompson*  
                                                          ANNE E. THOMPSON, U.S.D.J.